[No. 44585-5-I.  Division One.  June 12, 2000.]

ALEXANDER ROBERT KURSAR, *Appellant*, v. WHATCOM COUNTY SHERIFF'S DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-2-00178-8, Steven J. Mura, J., entered April 2, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker, A.C.J., and Kennedy, J.

[No. 44354-2-I.  Division One.  June 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN SCHAFFER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02680-0, Marsha J. Pechman, J., entered March 1, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 24248-6-II.  Division Two.  June 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAIAH J. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-00312-3, Robert L. Harris, J., entered March 2, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Bridgewater, JJ.